UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00249-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SCOTT KIMBALL,

  Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

  The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Monday, December 10, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

  The parties shall be prepared to address the Unopposed Motion to Continue Trial [Doc. #20]. The Defendant shall be present.

  DATED this 27th day of November, 2007.

              **BY THE COURT:**

              */s/ Marcia S. Krieger*
              _____
              Marcia S. Krieger
              United States District Judge