UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00249-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SCOTT KIMBALL,

      Defendant.

## ORDER ON MOTION FOR ORDER

THIS MATTER comes before the Court on the Defendant's Unopposed Motion for Order Directing U.S. Marshal's [sic] to Produce Defendant for Video-Conference at Jefferson County Jail for Montana Court Appearance **(#29)**. According to the Defendant, the Government does not oppose the motion.

The Defendant is a petitioner in a state court habeas corpus action in Montana pertaining to a Montana conviction. The judge in the Montana case has ordered the Defendant to appear through a video conference at a hearing scheduled for February 14, 2008 at 1:30 p.m., using a service called Vision Net.

The Defendant is currently housed in the Jefferson County Jail. He seeks an order which directs the United States Marshal to transport him to an appropriate video-conferencing facility so that he can appear in front of the Montana court in his state court action.

The Defendant's motion cites to no legal authority which provides a jurisdictional basis for this Court, in this criminal case, to order the Marshal to transport him for a state court hearing,

and the Court's research has revealed none. Nor is it clear why an order from this Court is required. The fact that counsel for the Government has not objected does not give this Court authority to order the relief sought.

Therefore, the Court denies the request that the United States Marshal transport the Defendant. The United States Marshal, however, shall communicate with the Jefferson County Jail with regard to the Montana court's order and use hid best efforts to facilitate the Defendant's appearance by video conference at the hearing set to occur on February 14, 2008.

Dated this 8th day of February, 2008

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge